Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jose Jacinto

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JACINTO, | Case No.: 1:12-cv-01394-SAB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Jose Jacinto be awarded attorney fees and expenses in the amount of three thousand seven hundred dollars ($3,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

1   2412(d).  This amount represents compensation for all legal services rendered on

2   behalf of Plaintiff by counsel in connection with this civil action, in accordance

3   with 28 U.S.C. §§ 1920; 2412(d).

4           After the Court issues an order for EAJA fees to Jose Jacinto, the

5   government will consider the matter of Jose Jacinto's assignment of EAJA fees to

6   Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability

7   to honor the assignment will depend on whether the fees are subject to any offset

8   allowed under the United States Department of the Treasury's Offset

9   Program.  After the order for EAJA fees is entered, the government will determine

10  whether they are subject to any offset.

11          Fees shall be made payable to Jose Jacinto, but if the Department of the

12  Treasury determines that Jose Jacinto does not owe a federal debt, then the

13  government shall cause the payment of fees, expenses and costs to be made

14  directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment

15  executed by Jose Jacinto.  Any payments made shall be delivered to Young Cho.

16          This stipulation constitutes a compromise settlement of Jose Jacinto's

17  request for EAJA attorney fees, and does not constitute an admission of liability on

18  the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

19  shall constitute a complete release from, and bar to, any and all claims that Jose

20  Jacinto and/or Young Cho including Law Offices of Lawrence D. Rohlfing may

21  have relating to EAJA attorney fees in connection with this action.

22  ///

23  ///

24  ///

25  ///

26  ///

1      This award is without prejudice to the rights of Young Cho and/or the Law

2  Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under

3  42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 5, 2013          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                        BY:_____
                                Young Cho
                                Attorney for plaintiff Jose Jacinto

DATE:  November 5, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                                        /s/ *Armand D. Roth*
                                _____
                                Armand D. Roth
                                Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
                                Commissioner of Social Security
                                (Per e-mail authorization)


                                **ORDER**


IT IS SO ORDERED.


   Dated:   **November 5, 2013**          _____
                                          UNITED STATES MAGISTRATE JUDGE